Certificate Number: 17572-PAM-DE-030445274

Bankruptcy Case Number: 51-70496



17572-PAM-DE-030445274

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 17, 2018</u>, at <u>9:46</u> o'clock <u>PM PST</u>, <u>David W Semanski</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>January 17, 2018</u>    By:  <u>/s/Kristina Milicevic</u>

Name:  <u>Kristina Milicevic</u>

Title:  <u>Counselor</u>