Certificate Number: 17572-PAM-DE-030445275

Bankruptcy Case Number: 51-70496



17572-PAM-DE-030445275

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 17, 2018</u>, at <u>9:46</u> o'clock <u>PM PST</u>, <u>Noreen T Semanski</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 17, 2018</u>  By: <u>/s/Kristina Milicevic</u>

Name: <u>Kristina Milicevic</u>

Title: <u>Counselor</u>